Honorable Monica J. Benton

\_\_\_ FILED   \_\_\_ ENTERED
\_\_\_ LODGED   \_\_\_ RECEIVED

SEP 27 2005

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY



05-CV-01507-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRYAN E. ORSER,<br><br>                    Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC.,<br><br>                    Defendant. | No. C05-1507 MJB<br><br>ORDER EXTENDING DATES FOR INITIAL DISCLOSURE, JOINT STATUS REPORT, AND DISCOVERY PLAN |

## ORDER

This Court having considered the parties Stipulation to Extend Initial Disclosure, Joint Status Report, and Discovery Plan,

IT IS SO ORDERED that the dates for Initial Disclosure and submission of the Joint Status Report and Discovery Plan are extended to the following:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference | 11/4/05 |
| Initial Disclosure Pursuant to FRCP 26(a) | 11/11/05 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f), and Local Rule CR 16 | 11/18/05 |

ORDER EXTENDING DATES
FOR INITIAL DISCLOSURE, JOINT STATUS
REPORT, AND DISCOVERY PLAN - 1
C05-1507 MJB

K:\19406\00089\RME\RME_P219N

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  DONE IN OPEN COURT this 26 day of September, 2005.

_____
MONICA J. BENTON
United States Magistrate Judge

Presented by:

PRESTON GATES & ELLIS LLP


By /s/ Ramona M. Emerson
   Ramona M. Emerson, WSBA # 20956
   Todd L. Nunn, WSBA # 23267
   Joanne M. Hepburn, WSBA # 32841
Attorneys for Defendant
Select Portfolio Servicing, Inc.


Approved as to Form;
Approved for Entry:

KELLER ROHRBACK, LLP


By /s/ Mark A. Griffin
   Mark A. Griffin, WSBA #16296
   John H. Bright, WSBA # 2833


BECKETT LAW OFFICES, PLLC
Guy W. Beckett, WSBA # 14939
811 First Avenue, Suite 620
Seattle, WA 98104

DAVID LEEN AND ASSOCIATES PLLC
David A. Leen, WSBA # 3516
520 East Denny Way
Seattle, WA 98122

WILLIAMSON & WILLIAMS
Rob Williamson, WSBA # 11387
811 First Avenue, Suite 620
Seattle, WA 98104

Attorneys for Plaintiff, Bryan E. Orser

ORDER EXTENDING DATES
FOR INITIAL DISCLOSURE, JOINT STATUS
REPORT, AND DISCOVERY PLAN - 2
C05-1507 MJB

K:\19408\00088\RME\RME_P219N

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022